UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LT5 CORPORATION, DAVID G. KAGRISE and COLLEEN M. KAGRISE,**

      **Plaintiffs,**

v.                                                Case No: 6:17-cv-947-Orl-41TBS

**COMPRESSED GASES OF AUGUSTA, INC.,**

      **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Remand ("Motion," Doc. 7). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 15), in which he recommends that the Court deny the Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. 7) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record